HELEN McCARDLE et al., Appellants, v. CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Callahan, Bastow, Botein and Bergan, JJ. [See 285 App. Div. 806.]

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES INDIVIGLIO, Defendant, and ANTHONY C. RICCO, Appellant.— Judgment unanimously affirmed pursuant to the provisions of section 542 of the Code of Criminal Procedure. No opinion. Present — Dore, J. P., Callahan, Bastow, Botein and Bergan, JJ.

■

ASSOCIATED PRESS, Respondent, v. BANCO DE PONCE, Appellant.— Determination unanimously affirmed, with costs to the respondent. No opinion. Present — Dore, J. P., Callahan, Bastow, Botein and Bergan, JJ.

■

DEIN-BACHER, INC., Respondent, v. DRAKE AMERICA CORPORATION, Appellant. — Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.

■

In the Matter of the Arbitration between ERWIN A. WELLISCH, Doing Business as WELLISCH COMPANY, Respondent, and FRANK IX & SONS, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.

■

In the Matter of RAMON CAMACHO, Petitioner, against JOHN F. O'CONNELL et al., Constituting the STATE LIQUOR AUTHORITY, Respondents.— Determination unanimously confirmed, with $20 costs and disbursements to the respondents, and the petition dismissed. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.

■

MONROE E. STEIN, Respondent, v. TRADE BANK & TRUST COMPANY, Appellant. — Order unanimously affirmed, with $20 costs and disbursements to the respondent. The question on this appeal is the sufficiency of the complaint and the capacity of the plaintiff to sue. A motion may be made to bring in the corporation as a party. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ. [See 285 App. Div. 806.]

■

RUTH F. BASUK, Respondent, v. ADAM KUHN, Doing Business as KUHN TRUCKING CO., Appellant, et al., Defendant. JAMES A. JONES, Respondent, v. ADAM KUHN, Doing Business as KUHN TRUCKING CO., et al., Appellants. ELVIRA SHERMAN, Respondent, v. ADAM KUHN, Doing Business as KUHN TRUCKING CO., et al., Appellants.— Judgment unanimously affirmed except as to the plaintiff Jones; as to plaintiff Jones the judgment is unanimously reversed, the action is severed and a new trial ordered on the ground of excessiveness, unless the plaintiff Jones stipulates to reduce the verdict in his favor to the sum of $3,000, in which event the judgment is, in all respects affirmed. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.